# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL TODD HUDSON,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 83725

**FILED**

NOV 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Judgment/Order entered on the 11 day of October, 2021 by this court." Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

This court's review of this appeal reveals a jurisdictional defect. Review of the district court docket and minute entries indicates that no order, oral or written, was entered on October 11, 2021. To the extent that appellant's appeal is in regard to the judgment of conviction entered on March 9, 2020, or the order dismissing a postconviction petition for a writ of habeas corpus entered on July 9, 2021, the notice of appeal was untimely filed. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

/s/ Parraguirre , J.
Parraguirre

/s/ Stiglich , J.
Stiglich

/s/ Silver , J.
Silver

---

[1]Given this order, this court takes no action on the pro se motion requesting counsel filed on November 16, 2021.

21-33719

cc: Hon. Barry L. Breslow, District Judge
Michael Todd Hudson
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A